PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:03CR00050-02** |
| ) | |
| **DIANA DYER** ) | |
| ) | |

On March 24, 2004, the above-named was placed on supervised release for a period of three years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:       March 27, 2007
             Sacramento, California
             KMM:jz

**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
                **KYRIACOS M. SIMONIDIS
                Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Diana DYER**
**        Docket Number:   2:03CR00050-02**
**        ORDER TERMINATING SUPERVISED RELEASE**
**        PRIOR TO EXPIRATION DATE**

---

ORDER OF COURT

It is ordered that Diana DYER be discharged from supervised release, and that the proceedings in the case be terminated.

Dated: April 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

KMM:jz
Attachment:   Recommendation
cc:    United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office